IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                      CRIMINAL NO. 1:06cr69WJG-JMR

NELSON SOLIS-HERNANDEZ

## JUDGMENT OF ACQUITTAL

THIS MATTER, having come before the Court for trial October 13, 2006, before twelve sworn jurors; and all twelve jurors finding the Defendant, Nelson Solis-Hernandez, not guilty of the one-count indictment as reflected in the Jury Verdict filed of record October 13, 2006, (Ct. R., Doc 14), it is hereby,

ORDERED AND ADJUDGED, that the Defendant Nelson Solis-Hernandez be, and is hereby, acquitted of the charges in the indictment, (Ct. R., Doc. 9), brought by the United States of America.  It is further,

ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed and closed on the docket of this Court.

SO ORDERED AND ADJUDGED, this the 24th day of October, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE